

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
07/06/2010

In Re: § Case No. 04-31399-H2-7

STELLA E STEWART §
§
§ #65
§
Debtor(s). §

## Order for Payment of Unclaimed Funds

Upon the application of _James F Mooring for Smith Air Inc_ seeking payment of $ _3907.77_ representing funds previously unclaimed by

Smith Air, Inc
P.O. Box 60666
Houston, TX 77205-0666

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that _Smith Air, Inc_ is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ _3907.77_ to:

Smith Air, Inc
P.O. Box 60666
Houston, TX 77205-0666

Signed this 2d day of July, 2010.

_____
United States Bankruptcy Judge